UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONOVAN D. WHITE,<br><br>Defendant. | Case: 1:26-cr-20107<br>Judge: White, Robert J.<br>MJ: Morris, Patricia T.<br>Filed: 02-25-2026<br><br>Violations:<br>18 U.S.C. § 922(g)<br>18 U.S.C. § 922(k) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
**Felon in Possession of a Firearm**
**18 U.S.C. § 922(g)(1)**

On or about February 4, 2026, in the Eastern District of Michigan, DONOVAN D. WHITE, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, an Interarms, LTD., Model Firestar, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Sections 922(g)(1).

## COUNT TWO
## Possession of Firearm With an Obliterated Serial Number
## 18 U.S.C. § 922(k)

On or about February 4, 2026, in the Eastern District of Michigan, DONOVAN D. WHITE, knowingly possessed a firearm, that is, an Interarms, LTD., Model Firestar, 9mm caliber, semi-automatic pistol, that had been shipped and transported in interstate commerce from which the manufacturer's serial number had been removed, altered and obliterated, as the defendant knew, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1). Upon conviction of an offense charged in Count One through Count Two of this Indictment, DONOVAN D. WHITE shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense, including but not limited to an Interarms, LTD., Model Firestar, 9mm caliber, semi-automatic pistol with an obliterated serial number.

Dated: February 25, 2026  THIS IS A TRUE BILL

 *s/Grand Jury Foreperson*
 GRAND JURY FOREPERSON

JEROME F. GORGON, JR.
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information<br>This may be a companion case based upon LCrR 57.10 (b)(4)[1]:<br>☐ Yes     x No | Case: 1:26-cr-20107<br>Judge: White, Robert J.<br>MJ: Morris, Patricia T.<br>Filed: 02-25-2026 |
|---|---|

**Case Title:** USA v.  DONOVAN D. WHITE

**County where offense occurred:**  Saginaw

**Check One:**   X Felony     __ Misdemeanor   __ Petty

```
___X___Indictment/___Information ---  no prior complaint.
_____Indictment/___Information ---  based upon prior complaint []
_____Indictment/___Information ---  based upon LCrR 57.10 (d) [Complete Superseding section below].
```

## Superseding Case Information

**Superseding to Case No:** _____      **Judge:** _____

☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:  February 25, 2026

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.